UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
ALEXANDRA TABER,                    )
                                    )   Case No. C20-1633RSL
              Plaintiff,            )
     v.                             )
                                    )   ORDER TO SHOW CAUSE
CASCADE DESIGNS, INC., et al.,      )
                                    )
              Defendants.           )
_____ )

On December 14, 2020, the Court issued an order requiring the parties to file a Joint Status Report by January 11, 2021. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Thursday, January 28, 2021, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of December 14, 2020. The Clerk is directed to place this Order to Show Cause on the Court's calendar for January 29, 2021.

DATED this 12th day of January, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE