UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDRA TABER,

    Plaintiff,

v.

CASCADE DESIGNS, INCORPORATED, et. al,

    Defendants.

No. 2:20-cv-01633-RSL

**ORDER GRANTING STIPULATED MOTION TO SEAL**

This matter came before the Court on a stipulation between Plaintiff Alexandra Taber and the named Defendants ("the Parties"). Having considered the Parties' Stipulated Motion to Seal and Redact, and all other papers and pleadings on file in this case, the Parties' Motion is hereby **GRANTED**.

In light of the foregoing and for good cause appearing thereof, the clerk is directed to seal the Plaintiff's Complaint (Dkt. No. 1-1 & 1-2), First Amended Complaint (Dkt. No. 41), Defendants' Answer (Dkt. No. 42), Plaintiff's Motion to Amend the Complaint (Dkt. 29), Declaration of Service – Cascade Designs, Inc. (Dkt. 17), Affidavit of Service – John Gevaert (Dkt. 18), Affidavit of Service – Cascade Designs, Inc. (Dkt. 20), Affidavit of Service – Steve McClure (Dkt. 21), Affidavit of Service – John Burroughs (Dkt. 23) and Affidavit of Attempted Service – Eric Hobbs (Dkt. 24) and the parties are directed to file redacted versions of these

ORDER GRANTING STIPULATED MOTION TO SEAL - 1
(No. 2:20-cv-01633-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

documents generally as they appear as Exhibits A, B, C, D, E, F, G, H, I, J, K and L to the stipulated motion.

IT IS SO ORDERED.

Dated this 25th day of June, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION TO SEAL - 2
(No. 2:20-cv-01633-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax