HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRA TABER; ALEXANDRA TABER AS GUARDIAN OF LT,<br><br>Plaintiffs,<br><br>v.<br><br>CASCADE DESIGNS, INCORPORATED; DAVID BURROUGHS; JOHN BURROUGHS; JOHN GEVAERT; JAMES COTTER; ERIC HOBBS; STEVE MCCLURE; HARRY ROSS; JANE/JOHN DOES 1 THROUGH 10, AND THE MARITAL COMMUNITY OF EACH NON-BUSINESS DEFENDANT; CIGNA HEALTH AND LIFE INSURANCE COMPANY; CASCADE DESIGNS, INC. OPEN ACCESS PLUS IN-NETWORK MEDICAL BENEFITS; CASCADE DESIGNS, INC. WELFARE BENEFITS PLAN,<br><br>Defendants. | Case No. 2:20-cv-01633-RSL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY** |

IT IS HEREBY STIPULATED AND AGREED, by and through their undersigned counsel, that Plaintiff's claims again defendant Cigna Health and Life Insurance Company only shall be dismissed without prejudice and with each party to bear its own costs and fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

STIPULATION AND ORDER FOR DISMISSAL - 1
CASE NO. 2:20-cv-01633-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

133861.0001/8533645.3

| | |
|---|---|
| DATED:  August  9 , 2021 | DATED:  August 6, 2021 |
| THE BARTON LAW FIRM | LANE POWELL PC |
| By *s/*  John Barton<br>    John G. Barton, WSBA #25323<br>    1567 Highlands Dr. NE, Ste 110-34<br>    Issaquah, WA 98029-6245<br>    T: 425.243.7960<br>    E-mail:   thebartonlawfirm@gmail.com<br>Attorney for Plaintiff | By  *s/ D. Michael Reilly*<br>    D. Michael Reilly, WSBA #14674<br>    P.O. Box 91302<br>    Seattle, WA 98111-9402<br>    T: 206.223.7000 / F: 206.223.7107<br>    E-mail:  reillym@lanepowell.com<br>Attorneys for Defendant Cigna Health and Life Insurance Company |

## ORDER OF DISMISSAL

Based on the above stipulation of Plaintiff and Defendant Cigna Health and Life Insurance Company, the Court hereby ORDERS that all of Plaintiff's claims against defendant Cigna Health and Life Insurance Company are hereby dismissed without prejudice and without costs or fees to any party.

DATED this 17th day of August, 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

THE BARTON LAW FIRM


By *s/*  John Barton
    John G. Barton, WSBA #25323
    1567 Highlands Dr. NE, Suite 110-34
    Issaquah, WA  98029-6245
    T: 425.243.7960
    E-mail:   thebartonlawfirm@gmail.com
Attorney for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL - 2
CASE NO. 2:20-cv-01633-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

133861.0001/8533645.3

1
2  LANE POWELL PC
3
4  By */s/ D. Michael Reilly*
       D. Michael Reilly, WSBA No. 14674
5      reillym@lanepowell.com
       1420 Fifth Avenue, Suite 4200
6      P.O. Box 91302
       Seattle, WA 98111-1302
7  Attorneys for Defendant Cigna Health and Life
   Insurance Company
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION AND ORDER FOR DISMISSAL - 3
CASE NO. 2:20-cv-01633-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

133861.0001/8533645.3