UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDRA TABER,

          Plaintiff,

    v.

CASCADE DESIGNS, INC., *et al.*,

          Defendants.

Cause No. C20-1633RSL

ORDER GRANTING LEAVE TO AMEND AND EXTENDING CASE MANAGEMENT DEADLINES

    This matter comes before the Court on plaintiff's "Motion to Amend the First Amended Complaint" (Dkt. # 65) and defendants' "Motion to Continue Trial and Related Deadlines" (Dkt. # 69). The motions are unopposed and, therefore, GRANTED. Plaintiff may, within seven days of the date of this Order, file a second amended complaint in substantially the form of Dkt. # 65-1. A new case management order will be issued with a trial date of June 6, 2022.

    Dated this 19th day of October, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO AMEND
AND EXTENDING CASE MANAGEMENT
DEADLINES - 1