Honorable Robert S. Lasnik
Trial Date: June 4, 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRA TABER,<br><br>PLAINTIFF,<br><br>vs.<br><br>CASCADE DESIGNS, INC. *et al.*<br><br>DEFENDANTS. | NO. C20-1633RSL<br><br>**STIPULATION TO FILE SECOND AMENDED COMPLAINT WITH DEFENDANT CIGNA REMOVED AND DEFENDANT CONTACT INFORMATION REDACTED**<br><br>**NOTED: November 11, 2021** |

## STIPULATION

Plaintiffs Alexandra Taber, Alexandra Taber as Guardian of LT ("**Plaintiffs**") and Defendants Cascade Designs, Incorporated, David Burroughs, John Burroughs, John Gevaert, James Cotter, Eric Hobbs, Steve McClure, and Harry Ross ("**Defendants**") (collectively, the "**Parties**") through their undersigned counsel stipulate and agree to the following:

(1) The Court previously entered an order to seal the *Complaint,* Docket No. 1, and the *First Amended Complaint,* Docket No. 41. (Dkt. # 51.) In the same order, Docket No. 51, the

STIPULATION TO FILE SECOND
AMENDED COMPLAINT - 1
NO. C20-1633RSL

THE BARTON LAW FIRM
1567 Highlands Dr NE Ste 110-34
Issaquah, WA 98029-6245
(425) 243-7960 TheBartonLawFirm@GMail.com

Court ordered the parties to refile the *Complaint* and *First Amended Complaint* with specific information redacted.

(2) The Court previously dismissed Defendant Cigna Health and Life Insurance Company. (Dkt. # 58.)

(3) The Court previously granted Plaintiffs' motion to amend and file a second amended complaint "in substantially the form of Dkt. # 65-1." (Dkt. # 73.) Docket No. 65-1 is the *[Proposed] Second Amended Complaint*.

(4) The *[Proposed] Second Amended Complaint* contained unredacted information that was subject to the Court's order to seal. (Dkt. # 51.)

(5) The *[Proposed] Second Amended Complaint* also contained allegations and claims against dismissed Defendant Cigna Health and Life Insurance Company and included Cigna Health and Life Insurance Company as a defendant. (Dkt. # 65-1.)

(6) The *[Proposed] Second Amended Complaint* was filed both as an attachment to Plaintiffs' motion to amend as, pages 6 through 73 in that motion, and as a separate exhibit, Docket No. 65-1.

(7) The Parties hereby stipulate to seal both copies of the *[Proposed] Second Amended Complaint* in the court file and specifically stipulate to seal (a) Docket No. 65 and (b) Docket No. 65-1.

(8) The Parties hereby stipulate that Plaintiffs will file redacted versions of these sealed documents and specifically stipulate to file the document attached hereto as Exhibit 1 as the redacted version of Docket No. 65 and the document attached hereto as Exhibit 2 as the redacted version of Docket No. 65-1.

///

STIPULATION TO FILE SECOND
AMENDED COMPLAINT - 2
NO. C20-1633RSL

THE BARTON LAW FIRM
1567 Highlands Dr NE Ste 110-34
Issaquah, WA 98029-6245
(425) 243-7960 TheBartonLawFirm@GMail.com

DATED this November 11, 2021.

        Davis Wright Tremaine LLP
        Attorneys for Defendants
        (*via email authorization*)

        /s/   Harry J.F. Korrell
        Harry J.F. Korrell, WSBA #23173
        Nicholas Wegley # 55752
        920 Fifth Avenue, Suite 3300 Seattle, WA 98104-1610
        T: 206.622.3150
        F: 206.757.7700
        E-mail: harrykorrell@dwt.com
        E-mail: nickwegley@dwt.com

        The Barton Law Firm
        Attorney for Plaintiff

        /s/      John G. Barton
        John G. Barton, WSBA #25323
        1567 Highlands Drive NE, Suite 110-34
        Issaquah, WA 98029-6245
        T: 425.243.7560
        E-mail: thebartonlawfirm@gmail.com

## ORDER

Having reviewed the stipulation above, the Court hereby ORDERS as follows:

(1)     The clerk shall seal Docket No. 65 and Docket No. 65-1; and

(2)     Plaintiffs shall file redacted versions of Docket No. 65 and Docket No. 65-1 as they appear in Exhibits 1 and 2 to this stipulated motion.

DATED this 12th day of November, 2021.

*[signature]*

HONORABLE Robert S. Lasnik

UNITED STATES DISTRICT JUDGE

---

STIPULATION TO FILE SECOND
AMENDED COMPLAINT - 3
NO. C20-1633RSL

THE BARTON LAW FIRM
1567 Highlands Dr NE Ste 110-34
Issaquah, WA 98029-6245
(425) 243-7960 TheBartonLawFirm@GMail.com