UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRA TABER,<br><br>       Plaintiff,<br>   v.<br><br>CASCADE DESIGNS INC ET AL,<br><br>       Defendant. | CASE NO. 2:20-cv-01633-TL<br><br>ORDER GRANTING MOTION TO STAY |

On January 13, 2022, Defendant filed a Motion to Stay Litigation (Dkt. No. 104) in which Plaintiff joined (Dkt. No. 106). Defendant's motion requested a stay of all litigation activities pending the resolution of Defendant's Motion for Partial Summary Judgment (Dkt. No. 59) and Defendant's Motion to Compel (Dkt. No. 93). As demonstrated by further briefing (Dkt Nos. 106 and 110), the Parties further agree that the litigation should be stayed pending resolution of a related motion, *i.e.,* Plaintiff's Motion to Strike Portions of Defendant's Summary Judgement Motion and the Declaration of Julie Sarchett (Dkt. No. 68). In the remainder of this Order, the Court refers to Dkt. Nos. 59, 68, and 93 collectively as "the Pending Motions").

1    The Court notes that Plaintiff's joinder raises some disclosure and discovery issues and
2 also seeks leave to file a Third Amended Complaint (Dkt. No. 102). To the extent those issues or
3 the complaint amendment request may affect the Pending Motions, Plaintiff is directed to meet
4 and confer with the Defendant and to file a single, separate motion of not more than six (6) pages
5 with regards to any remaining disclosure or discovery issues within twenty-one (21) days of this
6 Order. The motion must comply with the applicable Local Rules. The Court strongly discourages
7 attachment of extraneous supporting documents or declarations to this motion. Should a motion
8 be filed pursuant to this paragraph, a response of no more than six (6) pages may be filed within
9 seven (7) days. No reply will be allowed for this particular motion, should one be filed.

10   The Court GRANTS Defendant's Motion to Stay and orders that the case – including any
11 discovery that does not affect the Pending Motions – shall be stayed until the resolution of the
12 Pending Motions.

13   The Court further STRIKES the current trial date, to be reset, if necessary, at that time.

14   IT IS SO ORDERED.

15   Dated this 28th day of January, 2022.

Tana Lin
United States District Judge

ORDER GRANTING MOTION TO STAY - 2