1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11    ALEXANDRA TABER,                              CASE NO. 2:20-cv-01633-TL

12                        Plaintiff,               ORDER OF REFERENCE
            v.

13
      CASCADE DESIGNS, INC., et al.,

14
                        Defendants.

15

16

17          This action is assigned to the Honorable Tana Lin, United States District Judge. All

18    future documents filed in this case must bear the cause number 2:20-cv-01633-TL-BAT. The

      Court has reviewed the files and records herein and determined that certain pretrial matters are

19    appropriate to refer to a Magistrate Judge as described below.

20          Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judge Rule ("MJR") 3(a), the

21    Court hereby refers to the Honorable Brian A. Tsuchida, United States Magistrate Judge, all non-

22    dispositive pretrial matters, other than those matters excluded by 28 U.S.C. § 636(b)(1)(A),

23    including the pending Motion to Compel (Dkt. No. 93). Federal Rule of Civil Procedure 72(a)

24

ORDER OF REFERENCE - 1

1

2

governs any objections to Judge Tsuchida concerning any non-dispositive motions. *See also* MJR 3(b).

3

4

5

6

Accordingly, the Court ORDERS that the above-entitled action be referred to Judge Tsuchida for the specific purposes and types of motions described herein. The Court further DIRECTS and EMPOWERS Judge Tsuchida to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this Order.

7

Dated this 21st day of July 2022.

8

9

Tana Lin
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER OF REFERENCE - 2