UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRA TABER,<br><br>                     Plaintiff,<br><br>    v.<br><br>CASCADE DESIGNS INCORPORATED,<br>et al.,<br><br>               Defendants. | CASE NO. 2:20-cv-01633-TL<br><br>**ORDER DIRECTING DEFENDANTS TO PROVIDE UPDATE TO MOTION TO COMPEL (DKT. 93)** |

All non-dispositive pretrial matters, other than those excluded by 28 U.S.C. § 636(b)(1)(A), have been referred to the undersigned Magistrate Judge. Dkt. 120. The referral includes a pending Motion to Compel Required Disclosures filed by Defendants David Burroughs, John Burroughs, Cascade Designs Incorporated, Cascade Designs, Inc., Open Access Plus In-Network Medical Benefits, Cascade Designs, Inc., Welfare Benefits Plan, James Cotter, Jane and John Does 1-10, John Gevaert, Eric Hobbs, Steve McClure, and Harry Ross. Dkt. 93.

On July 21, 2022, Judge Lin granted in part and denied in part, Defendants' motion for partial summary judgment. Dkt. 119. In light of this ruling, Defendants are **ORDERED** to inform the Court of any remaining disclosure issues. Defendants shall file an update to their motion to compel consisting of not more than six (6) pages detailing any remaining disclosure issues within twenty-one (21) days of this Order. Plaintiff may file a response of no more than

six (6) pages within seven (7) days of the filing of Defendants' motion. No reply is required. The

motion and response must comply with the applicable Local Rules and the parties are strongly

discouraged from attaching extraneous supporting documents or declarations.

DATED this 26th day of July, 2022.

_____

BRIAN A. TSUCHIDA
UNITED STATES MAGISTRATE JUDGE

ORDER DIRECTING DEFENDANTS TO
PROVIDE UPDATE TO MOTION TO
COMPEL (DKT. 93) - 2