UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDRA TABER,

        Plaintiff,

  v.

CASCADE DESIGNS INCORPORATED, et al.,

        Defendants.

CASE NO. 2:20-cv-01633-TL

**SECOND AMENDED ORDER SETTING TRIAL DATE AND RELATED DATES**

The Court, having considered the parties' Joint Status Report (Dkt. 126), **ORDERS** the following trial date and related deadlines:

| Event | Date |
|---|---|
| JURY TRIAL set for 9:00 A.M. ON | **September 11, 2023** |
| Length of trial | 5 days |
| Deadline for joining additional parties | **September 5, 2022** |
| Deadline for filing amended pleadings | **October 3, 2022** |
| Disclosure of expert testimony under FRCP 26(a)(2) due | **February 10, 2023** |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | **March 10, 2023** |
| All motions related to discovery must be filed by | **March 13, 2023** |
| Discovery completed by | **April 17, 2023** |

SECOND AMENDED ORDER SETTING
TRIAL DATE AND RELATED DATES - 1

| | |
|---|---|
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)) | **May 8, 2023** |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | **June 12, 2023** |
| Mediation per LCR 39.1, if requested by the parties, held no later than | **July 10, 2023** |
| All motions in limine must be filed by | **August 7, 2023** |
| Agreed LCR 16.1 Pretrial Order due | **August 21, 2023** |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibit lists due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | **August 28, 2023** |
| Pretrial conference scheduled for | **September 4, 2023** |

DATED this 8th day of August, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

SECOND AMENDED ORDER SETTING
TRIAL DATE AND RELATED DATES - 2