The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER TABER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CASCADE DESIGNS, INCORPORATED, DAVID BURROUGHS, JOHN BURROUGHS, JOHN GEVAERT, JAMES COTTER, ERIC HOBBS, STEVE McLURE, HARRY ROSS, JANE/JOHN DOES 1 THROUGH 10, and the marital community of each non-business Defendant, CASCASE DESIGNS, INC. OPEN ACCESS PLUS IN-NETWORK MEDICAL BENEFITS, CASCADE DESIGNS, INC. WELFARE BENEFITS PLAN,<br><br>　　　　　　　Defendants. | No. 2:20-cv-01633-TL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENDING DISCOVERY DEADLINE TO CONDUCT PLAINTIFF'S DEPOSITION**<br><br>**Noting Date:  April 3, 2023**<br><br>[Clerk's Action Required] |

Pursuant to Federal Rule of Civil Procedure 29(b), LCR 16(e)(6), and Judge Lin's Standing Order for All Civil Cases, Defendants Cascade Designs, Incorporated, et al. ("Cascade") and Plaintiff Alexander Taber, by and through undersigned counsel, hereby stipulate and request this Court approve an extension of the time set to complete discovery *solely* for purposes of conducting Plaintiff's deposition until May 5, 2023. On August 8, 2022, this Court entered an order setting trial and related dates, which provides in relevant part that all discovery should be completed by April 17, 2023. ECF 125. On March 29, 2023, Cascade noted Plaintiff's deposition; however, Plaintiff is not available until after the time set to complete discovery. For this reason, the Parties have stipulated and believe good cause exists for this Court to extend the time set for discovery

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENDING DISCOVERY DEADLINE TO CONDUCT PLAINTIFF'S DEPOSITION- 1
4871-9707-7082v.2 0018631-000118

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

*solely* for purposes of taking Plaintiff's deposition until May 5, 2023.

SUBMITTED April 3, 2023.

| THE BARTON LAW FIRM | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| *Attorney for Plaintiff* | *Attorneys for Defendants* |
| **Signature added per email authority on April 1, 2023:** | |
| By   /s/ John G. Barton | By   /s/ Scott Prange |
| John G. Barton, WSBA #25323 | Harry J. F. Korrell, WSBA #23173 |
| 1567 Highlands Dr. NE, Suite 110-34 | Scott Prange, WSBA #53980 |
| Issaquah, WA  98029-6245 | Nicholas Wegley, WSBA #55752 |
| Telephone:  425.243.7960 | 920 Fifth Avenue, Suite 3000 |
| Email: TheBartonLawFirm@gmail.com | Seattle, WA 98104-1610 |
| | Telephone:  206.622.3150 |
| | Email:  harrykorrell@dwt.com |
| | Email:  scottprange@dwt.com |
| | Email:  nickwegley@dwt.com |

## **ORDER**

The Court finds that good cause exists for this Court to extend the time set for discovery *solely* for purposes of taking Plaintiff's deposition until May 5, 2023.

IT IS SO ORDERED.

Dated this 3rd day of April 2023.

Tana Lin
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENDING DISCOVERY DEADLINE TO CONDUCT PLAINTIFF'S DEPOSITION- 2
4871-9707-7082v.2 0018631-000118

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax