UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRA TABER,<br><br>               Plaintiff,<br><br>       v.<br><br>CASCADE DESIGNS, INC., et al.,<br><br>               Defendants. | CASE NO. 2:20-cv-01633-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

The Court has reviewed Plaintiff's motion for relief from a deadline (Dkt. No. 143) and Defendants' response (Dkt. No. 144). LCR 7(l) states that a moving party may renote its own pending motion once a response has been filed by stipulation OR by order of the court. The Court GRANTS Plaintiff's motion. Plaintiffs are DIRECTED to withdraw the motions at Docket Numbers 132 and 133 and re-file them as a single

MINUTE ORDER - 1

motion of no more than 4,200 words **within three (3) days** of this Order. No additional information shall be allowed, and the re-filed motion shall only reduce the word count. The motion shall be re-noted for **April 14, 2023**. Further, pursuant to Judge Lin's Standing Order for All Civil Cases, opposed discovery motions shall contain a verbatim recitation of the discovery request and objection at issue OR shall attach a copy of such.

Dated this 4th day of April 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk
