UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDRA TABER,

               Plaintiff,

    v.

CASCADE DESIGNS, INC., et al.,

               Defendants.

CASE NO. 2:20-cv-01633-TL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

The Court has now ruled on the Parties' cross-motions for summary judgment. Dkt. No. 186. Accordingly, to facilitate the progression of this matter, the Parties are DIRECTED to file, **within fourteen (14) days** of this Order, a joint status report indicating the Parties' availability for trial in 2024 and the prospects for settlement.

Dated this 8th day of December 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk