UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDRA TABER,

Plaintiff,

v.

CASCADE DESIGNS, INC., et al.,

Defendants.

CASE NO. 2:20-cv-01633-TL

CORRECTED[1] MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

The Court has now ruled on the Parties' cross-motions for summary judgment. Dkt. No. 186. Accordingly, to facilitate the progression of this matter, the Parties are DIRECTED to file, **within fourteen (14) days** of this Order, a joint status report indicating: (1) whether Plaintiff plans to continue claims against any of the Defendants who were not discussed in the motions for summary judgment (*i.e.*, Jane and John Does 1–10, CDI Open Access Plus In-Network Medical Benefits, and CDI Welfare Benefits Plan); (2) the Parties' availability for trial in 2024; and (3) the prospects for settlement.

Dated this 11th day of December 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

---

[1] This Order is corrected to include an additional direction to Plaintiff regarding the remaining Defendants.