UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRA TABER,<br><br>               Plaintiff,<br><br>  v.<br><br>CASCADE DESIGNS, INC., et al.,<br><br>               Defendants. | CASE NO. 2:20-cv-01633-TL<br><br>ORDER REQUESTING RESPONSE |

This matter is before the Court on Plaintiff Alexandra Taber's Motion to Reconsider Rulings in the Corrected Order on Motions for Summary Judgment. Dkt. No. 190. Plaintiff asserts four errors in the Court's order. *Id.* at 1–2.

Accordingly, to assist the Court's determination of the motion, it is hereby ORDERED:

- Defendants are ORDERED to file a response brief **by January 19, 2023**.
- The brief SHALL not exceed **ten (10) pages**.
- No reply is permitted.

Dated this 3rd day of January 2024.

Tana Lin
United States District Judge