UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRA TABER,<br><br>                Plaintiff,<br><br>    v.<br><br>CASCADE DESIGNS, INC., et al.,<br><br>                Defendants. | CASE NO. 2:20-cv-01633-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

In the Parties' Joint Status Report (Dkt. No. 195), Plaintiff states: "Plaintiff dismisses claims against Jane and John Doe Defendants." *Id.* at 2. Accordingly, Jane and John Does 1 through 10 are hereby DISMISSED from this action.

Dated this 5th day of February 2024.

                                                      Ravi Subramanian
                                                    Clerk of the Court

                                                    s/ Kadya Peter
                                                    Deputy Clerk